# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-56997 |
| TERRENCE GRIFFIN and ) | |
| KIMBERLY GRIFFIN ) | Chapter 7 |
| Debtors. ) | |
| ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that STEINFELD & STEINFELD, P.C., 11B Lenox Pointe, NE, Atlanta, Georgia 30324, is co-counsel of record herein for Creditor, Renasant Bank, as authorized by Fed.R.Bankr.P. 9010 and on behalf of said Creditor, hereby requests receipt of all notices to parties in interest herein, pursuant to 11 U.S.C. §§ 102(1) and 342 and Fed.R.Bankr.P. 2002 and 9007.

The undersigned requests that all notices of the matters arising in the above-referenced case be duly served on the undersigned at the address noted below. This Request for Notices shall not be deemed or construed to be a waiver of the rights of Creditor (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, or defenses to which it may be entitled, in law or equity, all of which creditor expressly reserves.

Respectfully submitted,
STEINFELD & STEINFELD, P.C.
/s/ Shayna M. Steinfeld
Shayna M. Steinfeld, State Bar No. 622895
11B Lenox Pointe, NE, Atlanta, GA 30324
Tel: (404)636-7786, Fax: (404)636-5486
shayna@steinfeldlaw.com

## CERTIFICATE OF SERVICE

I certify that on September 8, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification to all Users who have consented to such service.

This 22nd day of September, 2022.

STEINFELD & STEINFELD, PC

 */s/ Shayna M. Steinfeld*
Shayna M. Steinfeld, Georgia Bar No. 622895
shayna@steinfeldlaw.com
11B Lenox Pointe, NE, Atlanta, GA 30324
Telephone:  (404) 636-7786,