IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22-56997-bem |
| TERRENCE GRIFFIN and ) | |
| KIMBERLY GRIFFIN, ) | |
| ) | Chapter 7 |
| Debtors ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Comes now Mark L. Golder, with the firm of Golder Law, LLC, 101 Village Parkway, Building 1, Suite 400, Marietta, Georgia 30067, and enters his appearance as co-counsel on behalf of Renasant Bank, successor by merger with The Brand Banking Company, a party in interest in the above-styled case, and requests that he be placed on the mailing matrix and receive notices pursuant to Bankruptcy Rule 2002(i).

This 20th day of September 2022.

                                                                                                                /s/   *Mark L. Golder*
                                                                                                                Mark L. Golder
                                                                                                                Georgia Bar No. 300012

**GOLDER LAW, LLC**
101 Village Parkway
Building 1, Suite 400
Marietta, Georgia 30067
(404) 252-3000
mgolder@golderlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I electronically filed the foregoing Notice of Appearance and Request for Notices with the Clerk of Court using the CM/ECF system, which will send notification to all Users who have consented to such service.

This 20th day of September 2022.

          /s/  *Mark L. Golder*
Mark L. Golder
Georgia Bar No. 300012

**GOLDER LAW, LLC**
101 Village Parkway
Building 1, Suite 400
Marietta, Georgia 30067
(404) 252-3000
mgolder@golderlawfirm.com