

**IT IS ORDERED as set forth below:**

**Date: February 21, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-56997-BEM |
| | : | |
| TERRENCE GRIFFIN and | : | CHAPTER 7 |
| KIMBERLY GRIFFIN, | : | |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER**

S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estates of Terrence Griffin and Kimberly Griffin (collectively, the "**Bankruptcy Estate**") filed an *Application to Employ* (the "**Application**") [Doc. No. 34] Humphries & King Realty and John V. Ball (collectively, "**Humphries & King**") as his listing broker to sell the real property known generally as commonly known as 1895 Milfield Circle, Snellville, Gwinnett County, Georgia 30078 (the "**Property**"), pursuant to the listing agreement between Trustee and Humphries & King ("**Listing Agreement**").  It appearing from the Application that Humphries & King does not

02497584-1

represent an interest adverse to the Bankruptcy Estate and is a disinterested person as that term is defined in 11U.S.C. §101(14), and good cause having been shown to grant the Application, it is hereby

ORDERED as follows:

(a) Trustee is authorized to employ Humphries & King as his listing broker in connection with the Property pursuant to the Listing Agreement; and

(b) All sales contracts and commissions shall be subject to Bankruptcy Court approval.

This Order is entered subject to any objection by the United States Trustee or any other party in interest, which objection must be filed with the Clerk and served upon the undersigned counsel for Trustee within twenty-one (21) days of the entry of this Order.

**[END OF DOCUMENT]**

Prepared and presented by:

TAYLOR ENGLISH DUMA LLP
*Attorneys for Trustee*

By: /s/ Neil C. Gordon
    Neil C. Gordon
    Georgia Bar No. 302387
1600 Parkwood Circle, SE
Suite 200
Atlanta, Georgia 30339
Tele: (404) 640-5917
Email: ngordon@taylorenglish.com

02497584-1

## **DISTRIBUTION LIST**

Neil C. Gordon
Taylor English Duma, LLP
1600 Parkwood Circle, SE
Suite 200
Atlanta, GA 30339

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

John V. Ball
Humphries & King Realty
830 Glenwood Avenue
Suite 510-205
Atlanta, GA 30316

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

Renasant Bank
c/o Shayna M. Steinfeld
Steinfeld & Steinfeld, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324

Terrence Griffin
1895 Milfield Circle
Snellville, GA 30078

Kimberly Griffin
1895 Milfield Circle
Snellville, GA 30078

02497584-1