**IT IS ORDERED as set forth below:**

Date: August 4, 2023



_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TERRENCE GRIFFIN and | ) | CASE NO. 22-56997-BEM |
| KIMBERLY GRIFFIN, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Bankruptcy Estates of Terrence Griffin and Kimberly Griffin, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| USAA FEDERAL SAVINGS BANK, RENASANT BANK, as successor by merger to THE BRAND BANKING COMPANY, MANCHESTER WALK COMMUNITY ASSOCIATION, INC., GWINNETT COUNTY TAX COMMISSIONER, TERRENCE GRIFFIN and KIMBERLY GRIFFIN, | ) | |
| | ) | |
| Respondents. | ) | |

02599733-1

**ORDER GRANTING TRUSTEE'S MOTION
FOR AN ORDER AUTHORIZING (I) THE SALE OF PROPERTY OF THE
BANKRUPTCY ESTATE FREE AND CLEAR OF ALL LIENS, INTERESTS, AND
ENCUMBRANCES AND (II) DISBURSEMENT OF CERTAIN PROCEEDS AT CLOSING**

On July 11, 2023, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Terrence Griffin and Kimberly Griffin ("**Debtors**") filed *Trustee's Motion for an Order Authorizing (I) the Sale of Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) Disbursement of Certain Proceeds at Closing* [Doc. No. 38] and related papers with the Court (the "**Sale Motion**").

Pursuant to the Sale Motion, Trustee was seeking, among other things, an order from the Court authorizing the sale (the "**Sale**") of that certain real property known generally as 1895 Milfield Circle, Snellville, Gwinnett County, Georgia 30078 (the "**Property**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014, to David Rausch and Jenni Rausch (the "**Purchasers**"), "as is, where is," for the sale price of $450,000.00, subject to bankruptcy court approval (the "**Contract**"). The Contract is attached and marked as Exhibit "A" to the Sale Motion (the "**Purchaser**").

Also on July 11, 2023, Trustee filed *Notice of Trustee's Motion for an Order Authorizing (I) the Sale of Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) Disbursement of Certain Proceeds at Closing; Deadline to Object; and for Hearing* [Doc. No. 39] (the "**Notice**") regarding the Sale Motion, in accordance with the Third Amended and Restated General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on July 11, 2023 [Doc. No. 40].

The Notice provided notice of the opportunity to object whereupon a hearing would be held on August 15, 2023, at 10:00 a.m., pursuant to the procedures in the Third Amended and Restated General Order No. 24-2018. No creditor or party in interest filed an objection to the

02599733-1

Sale Motion prior to the objection deadline provided in the Notice.

The Court having considered the Sale Motion and all other matters of record, including the lack of objection by any creditor or party in interest to the relief requested in the Sale Motion, and based on the foregoing, finding that no further notice or hearing is necessary, and, the Court having found good cause exists to grant the relief requested in the Sale Motion, it is hereby

**ORDERED** that Trustee's Sale Motion is GRANTED. It is further

**ORDERED** that the Contract is APPROVED and its terms are incorporated into this Order. It is further

**ORDERED** that Trustee is authorized and directed to take any and all actions necessary or appropriate to (a) consummate the Sale of the Property to Purchasers, pursuant to 11 U.S.C. §§ 363(b) and (f), and perform under the terms of the Contract; (b) execute, perform, consummate, implement, and close fully the Sale together with all additional instruments and documents that may be reasonably necessary; and (c) execute and perform all of the obligations of Trustee under the Contract. It is further

**ORDERED** that this Order shall be binding upon all creditors (whether known or unknown) of Debtors, Purchasers, Trustee, the Bankruptcy Estate, and their respective successors, assigns, affiliates, and subsidiaries. It is further

**ORDERED** that upon consummation of the closing of the Sale, the Property shall be transferred and assigned to Purchasers free and clear of all liens, interests, and encumbrances with same attaching to the Sale proceeds to the same extent, validity, and priority that they held in the Property. It is further

**ORDERED** that the Sale of the Property to Purchasers is "as is," "where is," and without representation or warranty, express or implied, from Trustee. It is further

02599733-1

**ORDERED** that the transactions contemplated by the Contract and this Order are undertaken by Purchasers in good faith, as that term is used in 11 U.S.C. § 363(m), and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale of the Property shall not affect the validity of the Sale to the Purchasers, unless such authorization is duly stayed pending such appeal. The Purchasers are purchasers in good faith of the Property, and the Purchasers are entitled to all the protections afforded by 11 U.S.C. § 363(m). It is further

**ORDERED** that Fed.R.Bankr.P. 6004(h) shall not apply to this Order, which shall be effective immediately so that the Trustee may proceed *instanter* with the closing, at which time the gross sales proceeds shall be paid to the Trustee pursuant to this Order, and those disbursements requested by the Trustee in his Sale Motion are authorized to be made.

[END OF DOCUMENT]

Prepared and presented by:

TAYLOR ENGLISH DUMA LLP
*Attorneys for Trustee*

By: */s/ Neil C. Gordon*
　　Neil C. Gordon
　　State Bar No. 302387
1600 Parkwood Circle, SE. Suite 200
Atlanta, Georgia 30339
Phone: (404) 640-5917
Email: ngordon@taylorenglish.com

02599733-1

**Identification of parties to be served:**

Office of the United States Trustee, 362 Richard B. Russell Bldg., 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

Neil C. Gordon, Chapter 7 Trustee, Taylor English Duma LLP, 1600 Parkwood Circle, SE, Suite 200, 30339

S. Gregory Hays, Chapter 7 Trustee, Hays Financial Consulting, LLC, Suite 5555, 2964 Peachtree Road, Atlanta, GA 30305

Renasant Bank, c/o Shayna M. Steinfeld, Steinfeld & Steinfeld, P.C., 11B Lenox Pointe, NE, Atlanta, GA 30324

Manchester Walk Community Association, Inc. c/o Evan E. Conroy, Esq., 5900 Windward Pkwy., Suite 390, Alpharetta, GA 30005

Manchester Walk Community Association, Inc. c/o Andrew B. Grattan, Esq., 5900 Windward Pkwy., Suite 390, Alpharetta, GA 30005

Manchester Walk Community Association, Inc., c/o Thomas Williams Management, 863 Flat Shoals Road, C358, Conyers, GA 30094

Zee Norman, CEO, Manchester Walk Community Association, Inc., 863 Flat Shoals Road, C358 Conyers, GA 30094

Denise R. Mitchell, Gwinnett County Tax Commissioner, 75 Langley Drive, Lawrenceville, GA 30046

William A. Rountree, Rountree Leitman Klein & Greer, LLC, Century Plaza I, Suite 350, 2987 Clairmont Road, Atlanta, GA 30329

Terrence Griffin, 1895 Milfield Circle, Snellville, GA 30078

Kimberly Griffin, 1895 Milfield Circle, Snellville, GA 30078

Michael Campbell, **ATTENTION: Denise Hammock,** Campbell & Brannon, LLC, 5565 Glenridge Connector, Suite 350, Atlanta, Georgia 30342

02599733-1