UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TERRENCE GRIFFIN and | : | CASE NO. 22-56997-BEM |
| KIMBERLY GRIFFIN, | : | |
| | : | |
| Debtors. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On August 17, 2023, the Trustee sold real property of the estate known as 1895 Milfield Circle, Snellville, GA 30078 ("**Property**") to David Rausch and Jeanette Rausch ("**Purchasers**") for $450,000.00 as ordered and approved by the Court on August 4 2023 [Doc. No. 42].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchasers and has received net funds of $116,051.11 from the sale.

Respectfully submitted this 17th day of August, 2023.

                                                                                     */s/ S. Gregory Hays*

Hays Financial Consulting, LLC                           S. Gregory Hays
2964 Peachtree Road, N.W., Suite 555            Chapter 7 Trustee
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

## Seller's Settlement Statement



**CAMPBELL & BRANNON**
REAL ESTATE CLOSINGS

| | |
|---|---|
| **Settlement Date:** | 08/16/2023 |
| **Disbursement Date:** | 08/16/2023 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | Provident Funding Associates, L.P. |
| **Loan Type:** | Conventional Uninsured |
| **Borrower:** | David Rausch and Jeanette Rausch<br>1895 Milfield Circle<br>Snellville, GA 30078 |
| **Seller:** | S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Terrence Griffin and Kimberly Griffin<br>2964 Peachtree Road<br>Suite 5555<br>Atlanta, GA 30305 |
| **Property location:** | 1895 Milfield Circle<br>Snellville, GA 30078 |
| **Tax Parcel No:** | R5054-302 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 450,000.00 |
| Seller Credit | 7,000.00 | |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $850/yr 08/16/23 - 12/31/23 | | 321.37 |
| County Taxes ($4889.29) 08/16/23 - 01/01/24 | | 1,848.55 |
| **Commissions** | | |
| Commission- Buyer's Broker to Keller Williams Realty Atlanta Partners | 13,500.00 | |
| Commission- Seller's Broker to Humphries & King Realty, LLC | 13,500.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Mr. Cooper | 153,984.75 | |
| **HOA Charges** | | |
| HOA Balance due to Kensington Community Association, Inc. | 1,162.00 | |
| **Miscellaneous Debits/Credits** | | |
| Door Lock Replacements to T & K Griffin | 109.14 | |
| Carveout to Renasant to Renasant | 141,973.63 | |
| Carveout to Trustee to S. Gregory Hays, as and only as Chapter 7 Trustee | 116,051.11 | |
| 2023 Gwinnett County taxes to Gwinnett County Tax Commissioner | 4,889.29 | |
| **Subtotals** | 452,169.92 | 452,169.92 |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

Terrence Griffin
1895 Milfield Circle
Snellville, GA 30078

Kimberly Griffin
1895 Milfield Circle
Snellville, GA 30078

This 17th day of August, 2023.

    /s  *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060