**IT IS ORDERED as set forth below:**

**Date: May 9, 2024**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 22-56997-BEM** |
| | ) | |
| **TERRANCE GRIFFIN and** | ) | **CHAPTER 7** |
| **KIMBERLY GRIFFIN,** | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**ORDER AWARDING COMPENSATION TO TRUSTEE, TRUSTEE'S ATTORNEY AND TRUSTEE'S ACCOUNTANT**

On April 8, 2024, S. Gregory Hays, Chapter 7 Trustee, filed applications for payment of compensation in the amount of $25,750.00 and expenses in the amount of $228.14 to Chapter 7 Trustee (Doc. No. 50, Attachment 1); compensation in the amount of $19,867.50 and expenses in the amount of $208.42 to Taylor English Duma LLP as Chapter 7 Trustee's attorneys (Doc. No. 50, Attachment 2); and compensation in the amount of $4,235.00 and expenses in the amount of $183.64 to Chapter 7 Trustee's accountant (Doc. No. 50, Attachment 3).

Counsel for Trustee certifies that notices of the opportunity to object and for hearing (Doc. Nos. 51 and 52) were provided pursuant to the procedures in Third Amended and Restated General Order No. 24-2018 and that no objection to the applications was filed prior to the objection deadline.

The compensation requested by the Chapter 7 Trustee is the statutory fee provided in 11 U.S.C. §326 and appears reasonable under the circumstances. The compensation requested for the Chapter 7 Trustee's professionals was evaluated under 11 U.S.C. §330, and under the principles set forth in Norman v. Housing Authority of City of Montgomery, 836 F. 2d 1292 (11th Cir. 1988) and Miller Buckfire & Co. LLC, v. Citation Corporation, 493 F. 3d 1313 (11th Cir. 2007). Based on this Court's knowledge of prevailing market rates and an evaluation of the skill, experience and reputation of the professionals, the hourly rates charged are reasonable. The hours expended were reasonable. No factors are present in this case which require reduction of the lodestar.

The Court has considered the applications and all other matters of record, including the lack of objection thereto, and based upon the forgoing, it is hereby

ORDERED that no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the applications. It is further

ORDERED that S. Gregory Hays, as Chapter 7 Trustee, is awarded the sum of $25,750.00 representing his statutory trustee's commission plus $228.14 as reimbursement for expenses incurred as Trustee. It is further

ORDERED that Taylor English Duma LLP is allowed compensation in the amount of $19,867.50 plus $208.42 as reimbursement for expenses. It is further

ORDERED that Hays Financial Consulting, LLC is allowed compensation in the amount of $4,235.00 plus $183.64 as reimbursement for expenses. It is further

ORDERED that Trustee is authorized to pay the full amount of the compensation awarded and reimbursement of expenses approved herein.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

TAYLOR ENGLISH DUMA LLP

*/s/ Neil C. Gordon*
Neil C. Gordon, State Bar No. 302387
Attorneys for Chapter 7 Trustee
1600 Parkwood Circle SE
Suite 200
Atlanta, Georgia 30339
(404) 873-8596
ngordon@taylorenglish.com

# DISTRIBUTION LIST

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Neil C. Gordon
Taylor English Duma LLP
1600 Parkwood Circle SE
Suite 200
Atlanta, GA 30339

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

Terrance Griffin
1895 Milfield Circle
Snellville, GA 30078

Kimberly Griffin
1895 Milfield Circle
Snellville, GA 30078